# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-5231 FMO (RAOx) | Date | October 15, 2021 |
|---|---|---|---|
| Title | Reggie Mallard v. County of Los Angeles, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Joseph Remigio | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**   (In Chambers) Order Re: Sanctions or Dismissal

Pursuant to the Court's Order of June 23, 2021, the parties were required to complete a settlement conference before a private mediator no later than October 6, 2021.  (See Dkt. 47, Court's Order of June 23, 2021, at 1).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id.).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **October 22, 2021**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of June 23, 2021.  **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | jre |